**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 13-4043-01/02-CR-C-BCW |
| | ) | |
| LISA KAY BAKER | ) | |
| DAVID WAYMON BAKER | ) | |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**
**<u>CONCERNING PLEA OF GUILTY</u>**

Defendants Lisa Kay Baker and David Waymon Baker, by consent, appeared before the undersigned on January 9, 2014, pursuant to Rule 11 of the Federal Rules of Criminal Procedure, Local Rule 72(c)(1)(j), and 28 U.S.C. § 636, and have entered pleas of guilty to Counts Three and Nine of the Indictment filed on August 28, 2013. After cautioning and examining Defendants, under oath, in accordance with the requirements of Rule 11, it was determined that the guilty pleas were made with full knowledge of the charges and the consequences of pleading guilty, were voluntary, and that the offenses to which Defendants have plead guilty are supported by a factual basis for each of the essential elements of the offense.

IT IS, THEREFORE, RECOMMENDED that the pleas of guilty be accepted and that defendants Lisa Baker and David Baker be adjudged guilty and have sentences imposed accordingly.

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its filing will bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).

Dated this 9th day of January, 2014, at Jefferson City, Missouri.


*Matt J. Whitworth*

MATT J. WHITWORTH
United States Magistrate Judge