IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 13-04043-01/02-CR-C-BCW |
| | ) | |
| LISA KAY BAKER | ) | |
| DAVID WAYMON BAKER | ) | |
| | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Matt J. Whitworth, to which no objection has been filed, defendants Lisa Kay Baker and David Waymon Baker have entered pleas of guilty to Counts Three and Nine of the Indictment filed on August 28, 2013is now accepted. Defendants are adjudged guilty of such offenses. Sentencing will be set by subsequent order of the court.

    /s/ BRIAN C. WIMES
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT

Dated: <u>January 29, 2014</u>